**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------------------------------------------------x

Anthony Younger, individually and on behalf of all others similarly situated

                Plaintiff,

-v.-

Cawley & Bergmann, LLC, Cavalry SPV I, LLC and John Does 1-25,

                Defendants.

---------------------------------------------------------------------------x

Civil Action No:
2:21-cv-916

**NOTICE OF SETTLEMENT**

    Please take notice that parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

DATED, this 2nd day of February, 2021

                                      */s/Raphael Deutsch*
                                      Raphael Deutsch, Esq.
                                      **Stein Saks, PLLC**
                                      285 Passaic Street
                                      Hackensack, NJ 07601
                                      Ph: 201-282-6500
                                      rdeutsch@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on February 2, 2021 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                          */s/ Raphael Deutsch*
                                                          Raphael Deutsch, Esq.